**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RAYMOND GRANT, ET AL**             **CIVIL ACTION**

**VERSUS**            **NO. 10-704-JJB-DLD**

**SAFECO INSURANCE COMPANY OF AMERICA, ET AL**

### ORDER

The court sua sponte notes the insufficiency of the defendants' allegations with respect to the amount in controversy.

The jurisdictional amount in controversy is determined by the value of the underlying claim, which is unclear based on the facts alleged. *See*, *Hartford Ins. Group v. Lou-Con, Inc.,* 293 F.3d 908 (5th Cir. 2002); *Lee v. Empire Ins., et al,* 2009 WL 2160437 (E.D. La. 2009). Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **December 30, 2010**, the defendants shall file an amended notice of removal setting forth all particulars required to sustain diversity jurisdiction. Failure to timely comply with this order may result in sanctions being imposed upon counsel.

Signed in Baton Rouge, Louisiana, on December 21, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**